

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2022

No. 04-21-00476-CV

**IN THE INTEREST OF A.R.M.**, a Child,

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-11-26159-CV
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (recognizing that *Anders* procedures apply in parental termination cases). Counsel has informed appellant of his right to file his own brief and provided appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief in this appeal, he must do so within twenty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, appellee may file a responsive brief no later than twenty days after the date appellant's pro se brief is filed in this court.

We ORDER the motion to withdraw, filed by appellant's counsel in this appeal, to be HELD IN ABEYANCE pending further order of the court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court